IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Stephanie Nichols,              :

    Plaintiff,              :

  v.                          :     Case No. 2:14-cv-2796

OhioHealth Corporation, et al.,
                            :     JUDGE GEORGE C. SMITH
                                   Magistrate Judge Kemp
    Defendants.             :

ORDER

    Plaintiffs have moved for leave to file under seal certain documents containing her sensitive and confidential medical information.  The motion identifies the specific documents to be filed under seal and sets forth good cause.  Consequently, the motion for leave to file under seal (Doc. 49) is granted.

                                              /s/ Terence P. Kemp
                                              United States Magistrate Judge